UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Pro Publica, Inc.

CIVIL ACTION NO.: 1:23-CV-10869-PAC

vs

*Plaintiff*

Defense Health Agency

*Defendant*

## AFFIDAVIT OF SERVICE

State of Virginia }
County of Fairfax } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in the state of Virgina.

That on **12/19/2023** at **2:19 PM** at **7700 Arlington Boulevard, Suite 201, Falls Church, VA 22042**

deponent served a(n) **Summons in a Civil Action, Complaint, Civil Cover Sheet, Statement Pursuant to FRCP 7.1, and Individual Practices of Judge Paul A. Crotty, U.S.D.J**

on **Defense Health Agency**, accepted by **Estefani B. Deleon, DHA Paralegal**,

authorized to accept service thereof.

Description of Person Served:
Gender: Female
Skin: Hispanic
Hair: Black
Age: 22 - 39 Yrs.
Height: 5' 4" - 5' 8"
Weight: 100-135 Lbs.
Other:

Sworn to before me this
23rd day of December, 2023

_____
NOTARY PUBLIC

Charles T. Proffitt
Commonwealth of Virginia
Notary Public
Commission No. 173948
My Commission Exp. 10/31/2027

_____
Patrice Rehrig

Serving By Irving, Inc. | 18 East 41st Street, Suite 1600 | New York, NY 10017
New York City Dept. of Consumer Affairs License No. 0761160